======================================================================

# Deposition of:

# Brian Baird

======================================================================

Nelson
v.
BCSO, et al

Case #: 9:18-CV-2962-DCN-BM

August 20, 2020

======================================================================



## Magnolia Reporting, LLC

P.O. Box 61011
North Charleston, SC 29419
(843) 303-9141
www.MagnoliaReporting.com



1  Q.  So.
2  A.  I don't remember if -- I don't recall if
3  Mr. Shelton made that allegation during Selena's
4  hearing or not.  It's possible.
5  Q.  So when did you -- so is it -- is it your
6  recollection that you maybe first heard it on Monday,
7  but maybe first heard it at the CJA hearing?  Would
8  that be the same time that you learned that Ms.
9  Lipinski only knew what she knew about the incident
10 because her son, Tyler Weaver, gave her that
11 information?
12 A.  I don't know that she is his mother.  I'm
13 just going on what you say.
14 Q.  Okay.  Would it have affected your opinion of
15 what she told you in that email to know that she did
16 not have any firsthand knowledge of what happened and
17 that she was, in fact, Tyler Weaver's mother?
18 A.  Absolutely.
19 Q.  Is Tyler Weaver white or black?
20 A.  I believe he's white.
21 Q.  How do you know?
22 A.  I base that off his -- the way he sounded on
23 the phone and such.  I did go down to the business to
24 get a look of the business and see, you know, like,
25 where the counter was, where the back door was and

1  saying, Don't -- don't post things that might offend
2  coworkers; don't talk about coworkers, things like
3  that.  I don't remember exactly what it was.  I'm sure
4  they could find it for you.
5      Q.  So in response to that, your -- you took the
6  action that, well, the easiest thing to do is just not
7  communicate over social media with anybody that I work
8  with?
9      A.  Yeah, that's kind of what I decided.
10     Q.  Okay.  So one of the posts in particular that
11 got folks' attention was a post relating to former
12 President Barack Obama in which -- I'm paraphrasing,
13 but you said something to the effect he -- he caused a
14 lot of division in this country, right?
15     A.  I believe he did.  But that was my political
16 opinion.
17     Q.  I'm sorry?
18     A.  That was my political opinion.
19     Q.  And you -- you made mention of his Muslim
20 friends, right?
21     A.  Something along that line, yeah.
22     Q.  Do you believe that Barack Obama is a
23 Muslim?
24     A.  I don't know if he is or isn't.
25     Q.  You don't have an opinion about that?

1    A.    I said, I don't know if he is or isn't.
2    Q.    Do you have an opinion about whether he is or
3　isn't?
4    A.    Well, I know during the time in the Middle
5 East I was informed by clerics over there that once you
6 became a Muslim, you must always remain a Muslim.
7 You're not allowed to convert to another religion.
8    Q.    Okay.  What does that have to do with whether
9 or not former President Obama would be a Muslim?
10   A.    I believe he was raised in the Muslim faith.
11   Q.    That's your belief?
12   A.    I think so.  I think he acknowledged being
13 raised in that.
14   Q.    Okay.  Do you question whether or not Barack
15 Obama is a citizen of the United States?
16   A.    I think they cleared that up.
17   Q.    Okay.  Did you ever question it?
18   A.    I think most common sense people would have
19 questioned that to begin with, when they couldn't find
20 a birth certificate.  But once they found it, I think
21 they cleared that up.
22   Q.    Okay.  Do you have concerns about the
23 citizenship of people running for office in 2020?
24   A.    No.
25   Q.    So you're not concerned that Kamala Harris'

 1  interview with her, you can hear me caution her about
 2  that, warning her about that.
 3      Q.   And -- and you think that it would be
 4  beneficial to -- to the IA process if that hard-line
 5  rule were the rule?
 6      A.   I do, because then you could at least say
 7  that.  And, you know, they could think about that.  If,
 8  on the other hand, it's a maybe, maybe not...
 9      Q.   Uh-huh.  So Deputy -- Sergeant Nelson is
10  terminated and finds employment at Bluffton not
11  terribly long thereafter.  Do you recall talking to
12  Babkiewicz about her --
13      A.   Yes.
14      Q.   -- sometime --
15      A.   Yeah, he -- I believe he called us and was
16  saying that the chief was talking about hiring her or
17  maybe had already hired her.
18      Q.   Uh-huh.
19      A.   And now they were going back, looking back
20  through the process, clearly showing that what Captain
21  Epstein testified to in the certification was not true
22  but that they were now going back and looking at files
23  and going through the hiring process, so to say.
24      Q.   Clarify for me for the record, when you say
25  that -- what Epstein testified to at the certification

Electronically signed by Mary Ann Ridenour (201-173-461-0613)                    d2cc350f-9e13-45b1-bcc6-d299cf96da49