

# BEAUFORT COUNTY SHERIFF'S OFFICE
# FREEDOM OF INFORMATION ACT REQUEST

After your request has been researched, you will receive a confirmation email stating the total fee being charged for the copy(s), calculated in accordance with Beaufort County Ordinance Sec. 2-435.

Payment must be mailed (*MONEY ORDERS and CERTIFIED CHECKS only*) along with a copy of the confirmation and a self-addressed stamped envelope to: Beaufort County Sheriff's Office, P.O. Box 1758, Beaufort, SC 29901.

The requested copy(s) will be forwarded upon receipt of payment.

Name of Requester: Gina Smith, The Island Packet and Beaufort Gazette

Preferred Method of Contact:
- ● Email: gsmith@islandpacket.com
- ○ Phone: 803-414-1340

Mailing Address (Requested copies will be mailed to this address):
Street No & Name: The State newspaper 1401 Shop Rd.   City: Columbia   State: SC   Zip Code: 29201

### REPORT INFORMATION:

Incident Date: _____

Incident Location: _____

Name(s) on Report (Victim/Suspect): _____

Report Number (if known): _____

If more than one document is being requested, please list additional report numbers (if known) below.

1) Rep# _____   2) Rep# _____   3) Rep# _____
4) Rep# _____   5) Rep# _____   6) Rep# _____

Further explain request as needed below.

* The complete personnel file of former Beaufort County Sheriff's Office employee Selena Nelson.
* The entire internal affairs investigation that resulted in the termination of her employment. Please include any videos.

### * SHERIFF'S OFFICE USE ONLY *

Date Request Received: 01-03-18
Total Amount Due: _____
Records Released By: _____

Number of Pages Requested: _____
Date Payment Received: _____
Date Release: _____

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield
Chief Deputy, Beaufort County Sheriff's Office