## BEAUFORT COUNTY SHERIFF'S OFFICE DISCIPLINARY ACTION

**Employee Name:** Isaac Fripp **Rank:** SSgt. **Employee #** 2007 **Warning Date:** 3/29/2018
**Violation:** Code of Conduct **Location:** Martin Luther King Dr., St. Helena
**Violation of BCSO Policy #(s):** General Order 113A (A 1. e)

**Type Violation:** ( ) Insubordination ( ) Conduct ( ) Substandard Work ( ) Policy/Procedure Violation ( ) Attitude
( ) Other: _____

| Previous Violation : | Date of Violation: | Oral | Written | Issued By: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Supervisor Comments:** See Attachment

**Signature:** Lt. C. Sankowski **Date:** 3/29/2018

**Branch Commander Remarks:** See Attached Recommendation of Captain Alfredo H. Givens

**Signature:** Alfredo H. Givens **Date:** 4/2/2018

**Division Commander Remarks:** SSgt. Fripp has 24 years of service with this agency. Based on the Command Inquiry, I recommend that SSgt. Fripp be demoted to Sergeant, and placed on probation for one (1) year.

**Signature:** Major Roper **Date:** 4/2/2018

**Deputy Chief of Staff Remarks:** I agree with Major Roper's recommendation.

**Signature:** Lt. Col. William Neil **Date:** 4/2/2018

**Chief of Staff Remarks:**

**Signature:** **Date:**

**Chief Deputy Remarks:** Based on the information contained within the Command Inquiry, it is apparent that S/Sgt. Fripp made a improper decision to operate a motor vehicle while his driving skills were temporarily impaired. This action warrants his demotion to Sergeant with a one year probationary period and written reprimand. **Signature:** Michael M. Hatfield **Date:** 4/4/2018

**Action To Be Taken:** ( ) Verbal Reprimand ( X ) Written Reprimand ( ) Suspension ( ) Termination ( X ) Other: demotion to Sergeant

**Amount of Probation:** 1 year
**Probation Date(s):** 4/4/2018 to 4/4/2019

**Employee's Comments:**
None

I have read this recommendation for Disciplinary Action and understand it.
**Employee Signature:** Isaac Fripp **Date:** 4/5/18

**Sheriff's Recommendation:** (✓) Approval ( ) Disapproval
**Sheriff's Comments:** DURING THE PROBATION PERIOD PLEASE REVIEW D/S FRIPP'S STATUS ON REGULAR BASI[S]

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield
Chief Deputy, Beaufort County Sheriff's Office



**OFFICE OF SHERIFF**
**BEAUFORT COUNTY**
POST OFFICE BOX 1758
BEAUFORT, SOUTH CAROLINA 29901

P. J. Tanner
Sheriff

AREA CODE (843)
SHERIFF 255-3200
CHIEF DEPUTY 255-3192
CRIMINAL RECORDS 255-3232
CRIMINAL WARRANTS 255-3228
CIVIL RECORDS 255-3188
JUDGMENTS 255-3189
FAX # 255-9405
WEB SITE www.bcso.net

**TO:** Staff Sergeant Isaac Fripp

**FROM:** Major Richard Roper, Administrative Division

**REF:** Command Inquiry – Administrative Leave w/Pay

**DATE:** March 28, 2018

Pending the outcome of the investigation, you have been place on Administrative Leave w/pay by Captain Alfredo Givens.

Accordingly, you are advised of the following:

- You are to cooperate with Internal Affairs Investigators.
- You will retain your Departmental Cellular Phone for the convenience of contacting you during the investigation.
- While on Administrative Leave, you will not conduct any Law Enforcement activities or perform any actions as a Deputy Sheriff until such time you are personally directed by me.

I caution you on our actions from this point forward. It is pertinent to understand that you are employed by the Sheriff of Beaufort County. In addition, you are expected to conduct yourself in such a manner as to not bring any ridicule and criticism to the Office of The Sheriff.

_____
Staff Sergeant Isaac Fripp



*Beaufort County Sheriff's Office..."De*

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield
Chief Deputy, Beaufort County Sheriff's Office



**P.J. Tanner**
Sheriff

# OFFICE OF SHERIFF
## BEAUFORT COUNTY
POST OFFICE BOX 1758
BEAUFORT, SOUTH CAROLINA 29901

```
AREA CODE (843)
SHERIFF              255-3200
CHIEF DEPUTY         255-3192
CRIMINAL RECORDS     255-3232
CRIMINAL WARRANTS    255-3228
CIVIL RECORDS        255-3188
JUDGMENTS            255-3189
FAX #                255-9405
WEB SITE       www.bcso.net
```

March 29, 2018

To:     Chief Deputy Michael Hatfield

From:   Captain Alfredo H. Givens

**Subj:   Command Inquiry (Staff Sergeant Isaac Fripp)**

On March 27, 2018 at approximately 9:10 pm, LCpl. Boone conducted a traffic stop in the area of Penn Center, St. Helena Island on a vehicle traveling 55 mph in a 35 mph speed zone. The driver of the vehicle was identified as Isaac Fripp (Staff Sergeant BCSO E10)

On the morning of March 28, 2018, I interviewed LCpl. Boone about this incident. LCpl. Boone stated, after initial contact, he suspected SSgt. Fripp may be under the influence. LCpl. Boone recognized SSgt. Fripp and stated "I did not smell the odor of alcohol, but noticed that his speech was not as I observed in previous contacts with him. His speech was slurred and he had heavily glassy eyes." LCpl. Boone contacted his supervisors, SSgt. Hovest and MSgt. Langford in reference to this traffic stop and informed them who the driver of the vehicle was and his suspicions.

During the traffic stop, two females arrived and identified themselves as SSgt. Fripp's wife and daughter. The female who introduced herself as SSgt. Fripp's wife, asked if she could speak with her husband, "because he was in no condition to be driving", and she was allowed to. I asked LCpl. Boone who contacted the wife. He stated that he believed SSgt. Fripp contacted her. I also asked LCpl. Boone if the females were identified by name, and he stated they were not.

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

*Michael M. Hatfield*

Chief Deputy, Beaufort County Sheriff's Office

After further conversation with his supervisors, LCpl. Boone was instructed to terminate the traffic stop and allow SSgt. Fripp's wife to drive him home. SSgt. Fripp was issued a State of South Carolina Public Contact/Warning #108955 and the traffic stop was terminated. At that time LCpl. Boone observed SSgt. Fripp exit the driver's seat and walk around to the passenger side of the vehicle. He observed SSgt. Fripp utilizing the vehicle to stabilize himself. LCpl. Boone stated "he would have fallen had he not been able to use the vehicle to lean against."

SSgt. Hovest was also interviewed regarding this incident. SSgt. Hovest stated he was advised of the traffic stop and arrived on scene to confer with LCpl. Boone. After conferring with LCpl. Boone, SSgt. Hovest then contacted MSgt. Langford. SSgt. Hovest was then contacted by Major Bukoffsky and advised to terminate the traffic stop and allow SSgt. Fripp's wife to drive him home. The opinion of SSgt. Hovest is that SSgt. Fripp was intoxicated.

SSgt. Fripp reported to Headquarters the next morning (March 28, 2018) and was placed on Administrative Leave pending the outcome of a Command Inquiry. At this time SSgt. Fripp was asked about this incident. SSgt. Fripp stated that he went to St. Helena Island to meet with his daughter who had recently been released from jail. He went on to state that he also learned that his 19 year old daughter is pregnant and the father of the child is a married man. SSgt. Fripp stated at that point he started drinking and made a mistake by driving.

Based on the interviews conducted in this inquiry, it is my opinion SSgt. Fripp was impaired while operating a motor vehicle on the evening of March 27, 2018.



——————— Beaufort County Sheriff's Office..."

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield

Chief Deputy, Beaufort County Sheriff's Office



**OFFICE OF SHERIFF**
**BEAUFORT COUNTY**
POST OFFICE BOX 1758
BEAUFORT, SOUTH CAROLINA 29901

P. J. Tanner
Sheriff

AREA CODE (843)
SHERIFF              255-3200
CHIEF DEPUTY         255-3192
CRIMINAL RECORDS     255-3232
CRIMINAL WARRANTS    255-3228
CIVIL RECORDS        255-3188
JUDGMENTS            255-3189
FAX #                255-9405
WEB SITE             www.bcso.net

April 2, 2018

Captain Alfredo H. Givens

Staff Sergeant Fripp's Disciplinary Action Recommendation

I concur with the recommendation of Lt. Sankowski. It is apparent that SSgt. Fripp violated not only the laws of the State of South Carolina but also Beaufort County Sheriff's Office Policies and Procedures in reference to this incident.

In addition to the sanctions outlined in Lt. Sankowski's recommendation, I also recommend that SSgt. Fripp be reduced in rank and reassigned from his current duties.



*Beaufort County Sheriff's Office..."D*

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield

Chief Deputy, Beaufort County Sheriff's Office