# South Carolina Criminal Justice Academy
## Certification-Compliance
### PERSONNEL CHANGE IN STATUS REPORT
### NOTIFICATION OF ADMINISTRATIVE/ROUTINE SEPARATION

| | | |
|---|---|---|
| Beaufort County Sheriff's Office | 843-255-3200 | 2/27/2015 |
| Reporting Department | Phone # | Today's Date |
| Joseph W. Michaud | [redacted] | 3/31/2015 |
| Officer's Name | Social Security # | Current Certification Date |
| [redacted] | Hilton Head | 29926 |
| Officer's Current Home Address | City/Town | Zip Code |

**PLEASE** ☑ **CHECK ONE:** ☐ E-911 (TCO) ☐ Reserve Officer

☒ Class 1 LE ☐ Class 2LCO (Jailer) ☐ Class 1LECO (LEO/Jailer) ☐ Class 3SLE (Limited Duty)

*(For all separations NOT involving misconduct as defined in S.C. Reg. 38-004)*

*PLEASE ATTACH MRN (MANDATORY RETRAINING NOTIFICATION) FORM INDICATING IN-SERVICE TRAINING RECEIVED WHILE EMPLOYED WITH YOUR AGENCY*

(Please check appropriate reason(s) for separation)

**Date of Separation:** 3/02/2015 (specify mo/day/yr)

XXXXX Resigned ____ Retired ____ Deceased

____ Accepted employment with another Law Enforcement Agency

____ Medical Leave

____ Military Leave

**RECEIVED**
**MAR 09 2015**
**SCCJA CERTIFICATION**

____ Failure to successfully complete basic training

____ Failure to successfully complete in-service training

____ Transfer from _____ law enforcement classification to _____ law enforcement classification

____ Termination for violation of AGENCY policy NOT involving misconduct as defined in S.C. Reg. 38-004 (i.e., substandard performance, excessive absenteeism, sleeping on duty, etc)

____ Other (please specify) _____

I hereby attest that the reason for separation of this officer does NOT involve misconduct or otherwise disqualify eligibility for certification as defined in S.C. Reg. 38-004.

EMPLOYING AGENCY HEAD: *[signature: Michael M. Hatfield]* DATE: 3/4/15

PRINT NAME: Michael M. Hatfield OFFICIAL TITLE: Chief Deputy

CJA USE: MRN: ✓ CODE: ____ ID: ____ DATE: ____

Revised 09-09

1046
nelson