# BEAUFORT COUNTY SHERIFF'S OFFICE DISCIPLINARY ACTION

**Employee Name:** Bates, Johnathon  **Rank:** LCpl.  **Employee #** 8062  **Warning Date:** 5/5/2017
**Violation:** Conduct Unbecoming (judgment)  **Location:** BCDC 106 Ribaut Rd.
**Violation of BCSO Policy #(s):** _____

**Type Violation:** ( ) Insubordination ( X) Conduct ( ) Substandard Work ( ) Policy/Procedure Violation ( ) Attitude
( ) Other: _____

| Previous Violation : | Date of Violation: | Oral | Written | Issued By: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Supervisor Comments:** I recommend that LCpl. Bates receive this written Reprimand, and further undergo remedial training in Prisoner Transport and Levels of Force: Please see attached Summary for details of the incident.
**Signature:** Lt. Robert Arbelo  **Date:** 5/5/2017

**Branch Commander Remarks:** PLD
**Signature:** _____  **Date:** _____

**Division Commander Remarks:** Based on the video and statements it appears that LCpl. Bates had other options to deal with the suspect. It is recommended that LCpl. Bates receive this formal written counseling, and that his promotion to Corporal be held until successful completion of six months probation.
**Signature:** Maj. J. Bukoffsky  **Date:** 5/9/2017

**Deputy Chief of Staff Remarks:** I agree with the remarks of the above command personnel. L/Cpl. Bates promotion to Corporal will be suspended, pending successful completion of six months probation.
**Signature:** Lt. Colonel Allen Horton  **Date:** 5/9/2017

**Chief of Staff Remarks:** I concur with the above recommendations, and agree that Lance Corporal Bates should have used better judgment in the situation he was confronted with.
**Signature:** D. A. Brown  **Date:** 5/9/2017

**Chief Deputy Remarks:** The remarks and the recommendations of the senior supervisory personnel above are appropriate to the policy infraction and is warranted under the circumstances as outlined herein. Promotion eligibility to be reinstated following successful completion of the 6 months probationary period indicated below. No further.
**Signature:** Michael M. Hatfield  **Date:** 5/10/17

**Action To Be Taken:** ( ) Verbal Reprimand ( X ) Written Reprimand ( ) Suspension ( ) Termination ( X ) Other: probation

**Amount of probation:** 6 months
**Probation Date(s):** 5/9/2017 to 11/9/2017
**Employee's Comments:** Please see my attached Rebuttal

I have read this recommendation for Disciplinary Action, and understand it.
**Employee Signature:** _____  **Date:** 5/12/17

**Sheriff's Recommendation:** ( ) Approval ( ) Disapproval
**Sheriff's Comments:** REMEDIAL TRAINING "USE OF FORCE", UPON COMPLETION, REVIEW W/ TRAINING SECTION WITH REPORT TO FILE. RETURN FILE TO ME AFTER COMPLETION. 5-30-17

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.
Michael M. Hatfield
Chief Deputy, Beaufort County Sheriff's Office



**COUNTY COUNCIL OF BEAUFORT COUNTY**
# DETENTION CENTER
Multi-Government Center - Post Office Drawer 1228
Beaufort, South Carolina 29901 - 1228
Phone (843) 470-5711 Fax: (843) 470-5720

## SUPPLEMENTARY REPORT

REPORT NUMBER  20170501-03          PAGE  1  OF  1

ON MAY 1, 2017 AT APPROXIMATE 0230 I WAS STANDING AT THE OFFICER DESK IN INTAKE NEXT TO INMATE KING STEVEN #74140. INMATE KING ASKED OFFICER BATES WHAT HE WAS BEING CHARGED WITH OFFICER BATES STATED HE WAS BEING CHARGED WITH UNLAWFUL POSSESSION OF A WEAPON. INMATE KING RESPONDED BY SAYING HE DIDN'T HAVE A GUN ON HIM SO WHY WAS HE BEING CHARGED. OFFICER BATES SAID HE DIDN'T KNOW, HE WASN'T THE OFFICER WHO IS CHARGING HIM FOR THE OFFENSE. HE WAS JUST TRANSPORTING HIM FOR THE ARRESTING OFFICER. THE NEXT THING I SAW WAS BOTH OFFICER BATES AND INMATE KING WALKING TOWARD EACH OTHER. OFFICER BATES TOOK HIS HAND AND PLACED IT AT THE NECK AREA OF INMATE KING AND PUSH HIM TO THE FLOOR. C/O BOWMAN CAME FROM BEHIND THE COUNTER AND ASSISTED INMATE KING FROM THE FLOOR BECAUSE HE WAS IN RESTRAINTS. I STOOD IN BETWEEN OFFICER BATES AND INMATE KING WHILE CPL BLACK CAME TO ASSIST. CPL BLACK ESCORTED OFFICER BATES DOWN THE HALL TOWARD CENTRAL CONTROL. END OF REPORT.

C/O PITTS #8968
OFFICER INITIATING REPORT

SGT. MCCOWN #7182
SHIFT SUPERVISOR

Orig: Director    Copy: Log Book    Copy: Classif    Copy: Writer

*"Professionally we serve; Personally we care."*

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

Michael M. Hatfield
Chief Deputy, Beaufort County Sheriff's Office



**P. J. Tanner**
**Sheriff**

# OFFICE OF SHERIFF
# BEAUFORT COUNTY
## POST OFFICE BOX 1758
## BEAUFORT, SOUTH CAROLINA 29901

| AREA CODE (843) | |
|---|---|
| SHERIFF | 255-3200 |
| CHIEF DEPUTY | 255-3192 |
| CRIMINAL RECORDS | 255-3232 |
| CRIMINAL WARRANTS | 255-3228 |
| CIVIL RECORDS | 255-3188 |
| JUDGMENTS | 255-3189 |
| FAX # | 255-9405 |
| WEB SITE | www.bcso.net |

June 21, 2017

*MH 6/22/17 effective this date.*

To: Sheriff P.J. Tanner

From: LCpl Johnathon E. Bates

Subj: Letter of Resignation

Sheriff Tanner,

    Please accept my resignation from the Beaufort County Sheriff's Office, effective at the close of business, Wednesday, July 5, 2017. I have accepted a job with the Bluffton Police Department. Thank you for allowing me to serve the citizens of Beaufort County as a Deputy Sheriff.

Respectfully,

*[signature]*

Johnathon E. Bates

*[signature] 06/22/17*

*[signature] 6/22/17*

Certified to be a true and correct copy of the original document on file with the Office of Sheriff for Beaufort County.

*Michael M. Hatfield*

Chief Deputy, Beaufort County Sheriff's Office

WL 
6/27/17

# South Carolina Criminal Justice Academy
## Certification-Compliance
### PERSONNEL CHANGE IN STATUS REPORT
### NOTIFICATION OF ADMINISTRATIVE/ROUTINE SEPARATION

Beaufort County Sheriff's Office | 843-255-3138 | 6/22/17
Reporting Department | Phone # | Today's Date

Johnathon Bates | 1450-3320
Officer's Name | Academy I.D. #

[redacted] | Beaufort | 29906
Officer's Current Home Address | City/Town | Zip Code

☑ CHECK ONE: ☐ E-911 (TCO)  ☐ Reserve Officer  ☐ Coroner  ☐ Deputy Coroner
☒ Class 1 LE  ☐ Class 2LCO (Jailer)  ☐ Class 1LECO (LEO/Jailer)  ☐ Class 3SLE (Limited Duty)

*(For all separations NOT involving misconduct as defined in S.C. Reg. 37-025)*
**PLEASE ATTACH MRN (MANDATORY RETRAINING NOTIFICATION) FORM INDICATING IN-SERVICE TRAINING RECEIVED SINCE LAST RENEWAL.**

(Please check appropriate reason(s) for separation)

Date of Separation: 6/22/17  (specify mo/day/yr)

XXXX  Resigned
_____  Retired
_____  Deceased

XXXX  Accepted employment with another Law Enforcement Agency
_____  Medical Leave
_____  Military Leave
_____  Failure to successfully complete basic training
_____  Failure to successfully complete in-service training
_____  Transfer from _____ law enforcement classification to _____ law enforcement classification
_____  Termination for violation of AGENCY policy NOT involving misconduct as defined in S.C. Reg. 37-025 (i.e., substandard performance, excessive absenteeism, sleeping on duty, etc)
_____  Other (please specify)

RECEIVED JUN 26 2017 SCCJA CERTIFICATION

**DO NOT WRITE "SEE ATTACHED," DO NOT ATTACH, OR SUBMIT, ANY ADDITIONAL DOCUMENTS, OTHER THAN A MANDATORY RETRAINING NOTIFICATION.**

I hereby attest that the reason for separation of this officer does NOT involve misconduct or otherwise disqualify eligibility for certification as defined in S.C. Reg. 37-025.

EMPLOYING AGENCY HEAD: *Michael M. Hatfield* (signature)  DATE: 6/23/17

PRINT NAME: Michael M. Hatfield  OFFICIAL TITLE: Chief Deputy

CJA USE: MRN: ✓  CODE: _____  ID: _____  DATE: _____
                                        1052
                                        nelson

Revised 05/2017