IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Selena Nelson<br><br>                Plaintiff,<br><br>-vs-<br><br>Beaufort County Sheriff's Office, Lieutenant Brian Baird, and Sheriff P.J. Tanner, individually and in their official capacity,<br><br>                Defendants. | ) CIVIL ACTION NO.:9:18-CV-<br>) 2962-DCN-MHC<br>)<br>)<br>)<br>)<br>) **AFFIDAVIT OF CHIEF**<br>) **MICHAEL M. HATFIELD**<br>)<br>)<br>)<br>)<br>) |

PERSONALLY APPEARED BEFORE ME, Michael M. Hatfield, who, being first duly sworn, deposes and says as follows:

1) That my name is Michael M. Hatfield and I am over the age of eighteen (18) years.

2) I am a resident of Beaufort County.

3) Since 2011, there have been two hundred and nineteen (219) Internal Affairs (IA's) investigations conducted on Deputies of the Beaufort County Sheriff's Office.

4) Out of the two hundred and nineteen (219) IA's conducted, twenty-two (22) polygraph examinations were performed on twenty-one (21) Deputies.

5) Among those IA's conducted, there were twenty-nine (29) departures as a result of the investigation inclusive of terminations, resignations and retirements.

6) Thirteen (13) Deputies had polygraph results of deception not indicated or were inconclusive.

7) Since 2011, there were a total of seven (7) Deputies that were terminated as the result of deception being detected and one (1) Deputy that resigned immediately after his polygraph exam.

8) The below graph shows the seven (7) Deputies that were terminated due to deception, and the one (1) Deputy that resigned:

| Year | Name | Race | Sex | Polygraph Conducted? | Polygraph Result | Form of Departure |
|------|------|------|-----|---------------------|------------------|-------------------|
| 2011 | Jason Mieirs | White | Male | Yes | Deception Detected | Termination |
| 2011 | Tim Slupski | White | Male | Yes | Deception Detected | Termination |
| 2012 | Michael Jackson | Black | Male | Yes | Deception Detected | Termination |
| 2013 | Jason Rodriguez | Hispanic | Male | Yes | Deception Detected | Resigned |
| 2015 | Katrina Light | White | Female | Yes | Deception Detected | Termination |
| 2016 | Chris Briggs | White | Male | Yes | Deception Detected | Termination |
| 2017 | Selena Nelson | Black | Female | Yes | Deception Detected | Termination |
| 2019 | Jennifer Welsh | White | Female | Yes | Deception Detected | Termination |

9) That I am of sound mind and competent to testify to the matters set out hereinabove.

FURTHER AFFIANT SAYETH NAUGHT.

*Michael M. Hatfield*
Michael M. Hatfield

SWORN TO BEFORE me this 27 day of May, 2021.

*Felicia S. McCarthy*
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 9-20-2027