Form 6251
Revised 6/3/2016
Please complete form in blue or black ink.

Page 1

# SC Public Employee Benefit Authority
## South Carolina Retirement Systems
### Member's Disability Report
(please complete all sections)
To be completed by member or legal representative

**RECEIVED NOV 0 5 2018 POSTAL CENTER**

## Section I — PERSONAL INFORMATION

1. Last Name & Suffix: Nelson
2. First/Middle Name: Selena Duchette
3. Social Security Number: 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
4. Date of Birth: 02/13/1978
5. Address: 6202 N. Okatie Hwy
6. Phone:
7. City: Ridgeland
8. State: SC
9. ZIP+4: 29936-9298

## Section II

a) Describe your disability: I am confined to a permanent right knee brace for stability. My right knee is swollen, painful, weak, locks and constantly gives out on me, whereas I fall. I do not have full use of my right leg due to this disability issue.

b) When did your disability prevent you from working? Month 10 Day 30 Year 2018

c) Explain why you stopped working: I can no longer wear the protected gear, boots provided by Law Enforcement to fully do my job, for the past 14½ years. My right knee condition is worse, whereas it is unsafe to do my duties. I cannot sit for a period of time due to locking up, pain, swollen and limited range of motion. I have implants / no meniscus. I am confined to a brace fulltime.

d) Have you returned to work? ☐ Yes ☒ No  If yes, when _____

e) Have you applied for Social Security Disability benefits? ☐ Yes ☒ No  If yes, when _____

f) Has your disability resulted from an on the job injury? ☒ Yes ☐ No  If yes, when Started 2009 from the Beaufort County Sheriffs Office

g) Have you filed a Workers Compensation claim? ☒ Yes ☐ No  If yes, when In the past year of 2010 thru 2012

## Section III

A) Please list the names, addresses, and telephone numbers of physicians who have your current medical records. Or, submit any current medical records you have with this Disability Report. If further medical evidence develops while your claim is being evaluated, please forward the documentation to the SCRS Medical Board.

1. Physician's name: Joseph Tobin M.D.
Address: 12 Lafayette Place, Hilton Head Island South Carolina 29926
Telephone: (843) 342-9100
How often did you see this physician? Between 1 to 2 times a month
Date first seen: 2016  Date last seen: 10/30/2018 still going (current)
Treatment Received: Steroid injections, Euflexxa Injections X 3, pain managements and medications MRI, X-Rays and will be going through another right knee surgery

2. Physician's name: Dr. George Sutherland
Address: 16 Okatie Center Blvd S, Okatie SC 29909
Telephone: (843) 705-9401
How often did you see this physician? 2010 through 2013
Date first seen: _____  Date last seen: _____
Treatment Received: Multiple Surgeries

3. Physician's name: _____
Address: _____
Telephone: _____
How often did you see this physician? _____
Date first seen: _____ Date last seen: _____
Treatment Received: _____

B) Have you been treated at a hospital or clinic for your disability? ☐ Yes ☑ No   If yes, complete the following:

**(1.) Name and Address:** _____

☐ Inpatient: If yes, give dates of admission and dates of discharge.
☐ Outpatient: If yes, give date of admission
_____ to _____
_____ to _____
Reason for admission: _____

Type of treatment received: _____

**(2.) Name and Address:** _____

☐ Inpatient: If yes, give dates of admission and dates of discharge.
☐ Outpatient: If yes, give date of admission
_____ to _____
_____ to _____
Reason for admission: _____

Type of treatment received: _____

**(3.) Name and Address:** _____

☐ Inpatient: If yes, give dates of admission and dates of discharge.
☐ Outpatient: If yes, give date of admission
_____ to _____
_____ to _____
Reason for admission: _____

Type of treatment received: _____

**(4.) Name and Address:** _____

☐ Inpatient: If yes, give dates of admission and dates of discharge.
☐ Outpatient: If yes, give date of admission
_____ to _____
_____ to _____
Reason for admission: _____

Type of treatment received: _____

C) Have you been evaluated by other agencies for your disability? ☑ Yes ☐ No   (for example, Veterans Administration, Workers Compensation, Vocational Rehabilitation, Social Security Administration)

If yes, name of agency: Ariel TPA Workers Compensation
Address: P.O. Box 212159 Columbia SC 29221
Your claim number with this Agency: See documents
Dates of visits: Started in 2009 through 2011

Type of treatment or examinations received: Multiple Surgeries to include staying at Coastal Carolina Hospital for Surgery to right Knee, Mobilization. Physical therapy for approx. 3 years. Disability rating in 2012 in right Knee, which condition has gotten worse. Every day Swollen, Pain, Numbness, locking, giving out, unstable.

RECEIVED NOV 0 5 2018 POSTAL CENTER

D) If you have additional medical information to support your disability, please attach a separate sheet listing information required above.

Page 2

## Section IV

Has your doctor restricted your work activities in any way? ☑ Yes ☐ No

If yes, which doctor? Dr. Joseph Tobin

State what the physician told you not to do: No work - Right Knee is bad and di[RECEIVED]

RECEIVED NOV 05 2018 POSTAL CENTER

## Section V

Has your disability restricted your activities of daily living such as: home duties, social activities, or your ability to care for your personal needs? ☑ Yes ☐ No

If yes, please describe your limitations: I moved back home with family because I am unable to stand for a period of time. I am unable to maintain balance without my knee giving out. I am unable to do any chores. My mum makes my meals and assist me in the tub. I can not attend any social events due to not maintaining balance on right leg. I can not shop for myself. I sit or lay down majority of the day due to my Right Knee. I have to take pain and sleep medication for comfort everyday. Loss of appetite and suffers from POST TRAUMATIC STRESS DISORDER. I take Wellbutrin (High Dose) Clonazepam and Zolpidem.

## Section VI

a) What was your most recent job(s) before you stopped working? If you have more than one job, please list separately.

Job Title: Police Officer    Employer: Town of Bluffton Police Department
From: 9/5/2017    to: 10/26/2018

Beaufort County Sheriff Office / Deputy Sheriff
March 15, 2004 to Aug 10, 2017

b) In this job did you:

1. Use machines, tools, or equipment of any kind? ☑ Yes ☐ No

   If yes describe type of tools/equipment used: Duty Waist Belt weighs approx. 60 lbs, wearing heavy Boots Since March 2004 to Oct. 23, 2018.

2. Use technical knowledge or skills? ☑ Yes ☐ No

   If yes, describe technical knowledge or skills: Protecting and serving the public, running, jumping, driving, sitting for typing, Agility training, Fire arm Training

3. Do any writing, complete reports, or perform similar duties? ☑ Yes ☐ No

   If yes, please describe: Report writing, DHEC Reports, Collision Reports, animal Reports and Death Notification Forms.

4. Have supervisory responsibility? ☑ Yes ☐ No

   If yes, please indicate the number of employees supervised and the extent of your supervision:
   For approx. a year at the Beaufort County Sheriff's Office I supervised approx. 8 people on a shift in 2016 to the beginning of May 2017.

c) Please describe your essential job duties:

As a law Enforcement Officer duties requires protecting and serving the public, Protection of People and property, conducting traffic stop, working collisions, walking, running or chasing criminals, stairs climbing, operating company vehicle, dealing with animals and alligators, Crowd and Traffic Control, Dealing with Mental Illnesses. Work 12 HOUR ROTATING SHIFTS DAYS and NIGHTS. I walk with a permanent Limp (Right leg) Working throughout the years after my injuries has really ruined my ability to use my right leg, stability and comfort zone, I walk with a permanent limp.

d) Describe the amount of physical activity your job involves during a typical work day.

| Activity | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| WALKING (check number of hours a day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| STANDING (check number of hours a day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| SITTING (check number of hours a day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| BENDING / STOOPING (check number of hours per day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| CLIMBING (check number of hours per day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| RUNNING (check number of hours per day) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

LIFTING AND CARRYING:

**OCCASIONALLY (UP TO 1/3 OF AN 8-HOUR DAY) LIFTS AND/OR CARRIES:**
- ☐ LESS THAN 10 LBS. — Kinds of objects lifted: Sometimes I just stay in bed clothing
- ☐ 10 LBS. — Kinds of objects lifted: NO
- ☐ 20 LBS. — Kinds of objects lifted: CAN NOT DO
- ☐ 50 LBS. — Kinds of objects lifted: CAN NOT DO
- ☐ 100 LBS. OR MORE — Kinds of objects lifted: CAN NOT DO

**FREQUENTLY (1/3 TO 2/3 OF AN 8-HOUR DAY) LIFTS AND/OR CARRIES:**
- ☐ LESS THAN 10 LBS. — Kinds of objects lifted: Sometimes to never I DO NOT DO MUCH ANY more TOO PAINful
- ☐ 10 LBS. — Kinds of objects lifted: NO
- ☐ 25 LBS. — Kinds of objects lifted: CAN NOT DO
- ☐ 50 LBS. OR MORE — Kinds of objects lifted: CAN NOT DO

**Section VII**

Remarks: This section may be used for additional information that will be helpful to make a decision about your disability claim:

Due to my right knee injuries I am unable to perform my job or anything. My knee is swollen, painful, locks, give away, unstable every day. I am confined to a permanent brace. If I do NOT wear the brace I lose balance and fall. When I was still working since my injuries to my knee I fell on the job several times running. My right leg has gotten weaker and I have limited range of motion. I can not bend my knee any more. I worked with a swollen and painful knee after my injuries because I did not wanted to give up. Now it is unsafe to where I'm falling and my knee is weak along with my leg. In 2012 I was rated disabled. Now I can not do anything like before. I suffer from PTSD, caused by being in Law Enforcement. I have a permanent limp. It is hard for me to stay balanced. I will be going for another surgery with Dr. Tobin

The information I have provided is correct to the best of my knowledge.

Signature of Applicant: Delora D. Nelson          Date: 10/30/2018

(If signed by other than the applicant, a copy of the Power of Attorney for the person signing must be attached)

Return to:
SC Public Employee Benefit Authority
South Carolina Retirement Systems
Customer Annuity Claims
PO Box 11960, Columbia SC 29211-1960

RECEIVED
NOV 05 2018
POSTAL CENTER

Page 4