AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Selena Nelson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    9:18-cv-02962-DCN |
| Beaufort County Sheriff's Office, Lieutenant Brian Baird, Sheriff P J Tanner, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants, Beaufort County Sheriff's Office, Lieutenant Brian Baird, Sheriff P J Tanner. Plaintiff, Selena Nelson, shall take nothing of Defendants, as to the complaint filed pursuant to 42 U.S.C. § 2000e and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   February 10, 2022                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/H. Cornwell
                                                                                        *Signature of Clerk or Deputy Clerk*