IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Selena Nelson,<br><br>Plaintiff,<br><br>v.<br><br>Beaufort County, Lieutenant Brian Baird and Sheriff P.J. Tanner *individually and in his official capacity as Beaufort County Sheriff,*<br><br>Defendants. | C/A NO.: 9:18-cv-2962-DCN-MHC<br><br>**NOTICE OF SETTLEMENT AND STIPILATION OF DISMISSAL WITH PREJUDICE** |

The parties reach a settlement agreement on or about December 27, 2021. Consequently, Plaintiff did not file objections to the magistrate judge's report and recommendation. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to and give notice of the dismissal of this action, with prejudice

s/ Mary Lohr
Mary Lohr, Esq
Howell Gibson & Hughes P.A.
P.O. Box 40
Beaufort, SC 29901-0040
Phone: (843) 522-2400
MLohr@hghpa.com
*Attorney for Defendants*

s/ Marybeth Mullaney
Marybeth Mullaney, Esq
652 Rutledge Ave Suite A
Charleston, SC 29403
Phone :(843) 588-558
marybeth@mullaneylaw.net

/s/ Cameron Jane Blazer
Cameron Jane Blazer, Esq.
1037-D Chuck Dawley Blvd Ste D100
Mount Pleasant, SC 29464
Phone:(843) 732-4441
cameron@blazerlaw.com
*Attorneys for Plaintiff*

February 16, 2022
Mt. Pleasant, SC